THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KEELING, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEIL NELSON, Appellant.— Judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting each defendant of the crime of assault in the third degree and sentencing each defendant to the New York City Penitentiary, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

SUZANNE RAPPAPORT, Appellant, v. BROOKMEAD REALTY Co., INC., and Others, Defendants; MOLLIE HERTZ, Respondent.— Order granting motion to dismiss complaint on the ground of adjudication of the issues in another proceeding affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur. [See *Matter of City of New York (Van Wyck Boulevard — Re Rappaport)*, ante, p. 834. See, also, *post*, p. 837.]

SUZANNE RAPPAPORT, Appellant, v. BROOKMEAD REALTY Co., INC., Respondent, and Others, Defendants.— Order granting motion to dismiss complaint on the ground that there is another action pending and that there has been an adjudication of all issues involved herein affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur. [See *ante*, p. 837. See, also, *Matter of City of New York (Van Wyck Boulevard — Re Rappaport)*, ante, p. 834.]

MARY A. ROCHE, Appellant, v. FRANK J. ROCHE, Respondent.— Plaintiff appeals from an order reducing the alimony awarded her by a decree of separation. Order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.